**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEBRA J. GREEN,

                Plaintiff,

  -against-                                     19 **CIVIL** 4677 (LLS)

                                                 **JUDGMENT**

SCHINDLER ELEVATOR CORPORATION,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 27, 2022, Schindler's motion for summary judgment dismissing Green's claim of negligence based on ordinary negligence and res ipsa loquitur is granted. Green's complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

       September 28, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                             **BY:**     *K. Mango*

                                                            **Deputy Clerk**